# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Isaiah Farnsworth | ) Case: 1:22-mj-00261 |
| DOB: XXXXXX | ) Assigned To : Faruqui, Zia M. |
|  | ) Assign. Date : 11/29/2022 |
|  | ) Description: Complaint W/ Arrest Warrant |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of     January 6, 2021     in the county of _____ in the
_____ in the District of    Columbia   , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |

18 U.S.C. § 1752(a)(1), (2), and (4) - Remaining in a Restricted Building, Impede Official Functions, and Engaging in Physical Violence;
40 U.S.C. § 5104(e)(2)(D), (F), and (G) - Disorderly Conduct in a Capitol Building, Physical Violence, Parading through a Capitol Building;
18 U.S.C. §§ 1361 and 2 - Injuring or Depredating Government Property, Aiding and Abetting.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Madison Kirsch, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    11/29/2022

*Judge's signature*

City and state:        Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*