UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                      Case No. 1:23-cr-0004-APM

ISAIAH FARNSWORTH,

    Defendant.

**NOTICE OF APPEARANCE**

    Myrlene R. Masrsa, Assistant Federal Defender, having been appointed to represent Isaiah Farnsworth at his initial appearance in the Eastern District of Tennessee, hereby files this Notice of Appearance in the above-styled case. This case has been assigned to AFD Marsa and all future Electronic Case Filing (ECF) notices and/or correspondence should be sent to her.

                                                  Respectfully submitted,

                                                  FEDERAL DEFENDER SERVICES
                                                   OF EASTERN TENNESSEE, INC.

                                                   By:   *s/ Myrlene R. Marsa*
                                                            Myrlene R. Marsa
                                                   Assistant Federal Defender
                                                 835 Georgia Avenue, Suite 600
                                                 Chattanooga, Tennessee 37402
                                                 Myrlene_Marsa@fd.org
                                                 (423) 756-4349
                                                 TN Bar# 016798