# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 23-CR-4 (APM) |
| : | |
| ISAIAH FARNSWORTH, : | |
| : | |
| Defendant. : | |

## MOTION TO ALLOW MR. FARNSWORTH TO TRAVEL TO HIS COURT DATE ON MAY 4, 2023

The defendant, by and through counsel, moves this Honorable Court to enter an order permitting him to travel to his rearraignment date on May 4, 2023.

As the Court knows, Mr. Farnsworth is on pretrial release and subject to the condition of home confinement. The Probation Office in Chattanooga has advised that they need a Court Order permitting them to give approval to Mr. Farnsworth to travel overnight. In this instance, Mr. Farnsworth has found a flight that he can afford that originates in Atlanta, Georgia early in the morning on May 4, 2023. The return flight arrives in Atlanta, Georgia at nearly midnight on May 4, 2023. Accordingly, Mr. Farnsworth needs a Court Order permitting him to travel away from home on the nights of May 3, 2023 and May 4, 2023. He will return home during morning hours of May 5, 2023.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.

By:  /s/ *Myrlene R. Marsa*
       Myrlene R. Marsa
Assistant Federal Defender
835 Georgia Avenue, Suite 600
Chattanooga, Tennessee 37402
Myrlene_Marsa@fd.org
(423) 756-4349