# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Criminal No. 23-CR-4 (APM) |
| : | |
| **ISAIAH FARNSWORTH,** : | |
| : | |
| **Defendant.** : | |

## MOTION TO MODIFY CONDITIONS OF BOND

The defendant, by and through counsel, moves this Honorable Court to modify the conditions of his bond to allow him time to participate in extra-curricular activities with his two young children.

As the Court knows, Mr. Farnsworth is on pretrial release and subject to the condition of home confinement. The initial condition sought by the Government in this case was to place Mr. Farnsworth on GPS Location Monitoring. However, in the Southeast District of Tennessee, where Mr. Farnsworth resides and is supervised, the Court does not have GPS Location Monitoring available; consequently, Mr. Farnsworth was placed on home confinement with electronic monitoring.

Mr. Farnsworth has been largely in compliance with these conditions, and his few hiccups early on involved minor infractions of not following his schedule precisely enough. There are no allegations that Mr. Farnsworth has engaged in any conduct other than working, going to synagogue, and trying to care for his family.

Mr. Farnsworth has two young children, ages nine (9) and five (5). Prior to coming under indictment, Mr. Farnsworth was the primary parent to engage with his children in extra-curricular activites, such as training and working with horses, swimming, hiking, and going to the local jump park. Mr. Farnsworth's wife suffers from a serious anxiety disorder that makes it difficult for her to engage with the children away from the home.

At the time Mr. Farnsworth was placed on home detention it was winter and the children were

mostly engaged in indoor activities. However, at this time, school is about to be finished for the year and the weather is favorable for outside activities. Mr. Farnsworth is filing this motion seeking permission to be allowed to engage with his children outside in various activities including, swimming (he has a pool for the children in his yard), running with his daughter, working with a neighbor's horses with both children, and going to the local jump park.

    Mr. Farnsworth suggests that to allow for these activities, and to also make monitoring less onerous on the probation office, this Court could modify his conditions by allowing him to be out of the house until approximately 9:00 p.m. each evening which would allow him to do activities with his children following his workday. However, if the Court doesn't believe this matter should be handled by essentially setting a curfew for the evening, then Mr. Farnsworth still requests that this Court issue an Order specifying that he is allowed to be out of the house to spend specific time with his children.

    Counsel has discussed this motion with AUSA Mumma who has indicated that she has no objections to this motion.

Respectfully submitted,

FEDERAL DEFENDER SERVICES
 OF EASTERN TENNESSEE, INC.

By:  /s/ *Myrlene R. Marsa*
       Myrlene R. Marsa
Assistant Federal Defender
835 Georgia Avenue, Suite 600
Chattanooga, Tennessee 37402
Myrlene_Marsa@fd.org
(423) 756-4349