# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal No. 23-CR-4 (APM) |
| : | |
| ISAIAH FARNSWORTH, : | |
| : | |
| Defendant. : | |

## ORDER CLARIFYING CONDITIONS OF BOND

The Court hereby grants the motion to clarify the conditions of bond in this case. Specifically, Mr. Farnsworth shall remain on electronic monitoring. However, he shall be subject to a curfew permitting him out of the home daily between the hours of 5:00 a.m. (or as needed to ensure his timely arrival at work) until 9:00 p.m. (or as needed to permit his participation at religious services at his Synagogue on Friday and Saturday nights). Outside of these hours (as to be determined by the probation officer), Mr. Farnsworth shall remain in his home which shall be verified through electronic monitoring currently in place.

IT IS SO ORDERED.

_____
JUDGE AMIT P. MEHTA