

**MTOI – Messianic Torah Observant Israel**
3722 Dalton Pike SE
Cleveland, TN 37323
(423) 250-3020
www.mtoi.org

**Rabbi Steve Berkson**
President / Chairman

**Rabbi Thomas J. Mitchell**
Vice Chairman

Monday, August 7, 2023

Dear Honorable Judge Mehta,

This is a letter in reference to Isaiah Farnsworth's character and growth.

Isaiah has been with us consistently participating in our walk and way of life for more than two years. He is always in attendance at Shabbat services and most other services.

He moved his whole family to Cleveland, TN. from Colorado to live a Biblical life and do the Biblical commandments in the proper way.

We have seen him grow and adjust well. He has matured and adapted as he has overcome many difficulties. He has had many struggles and difficulty to overcome regarding the pretrial conditions as he has awaited a decision from the courts. He has appeared to pay a hard price in so many ways for example he has been turned down for work that he is very well qualified to do in his career expertise, his marriage and relationships have been strained, yet he has persevered to do well and maintain a good attitude.

He is a good father, a trustworthy friend and kind person, he takes instruction and correction and applies it and is always proving to grow and change what he needs to in order to improve.

I am sure that he has long since moved on from being involved in any extreme politics and is truly and deeply concerned about raising his kids well and doing his best at giving them a good life and living to do Torah in a Biblical way-that honors God and loving his neighbor.

Please take all of this into consideration regarding this case as I am sure that he will only continue to improve and do well as a father, a member of our assembly and this community.

Thank you for your time,

Respectfully,

Rabbi Steve Berkson