UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | Case No. 23-cr-00004 (APM) |
|---|---|
| v. | |
| ISAIAH FARNSWORTH, | |
| Defendant. | |

## GOVERNMENT'S NOTICE OF FILING OF VIDEO EXHIBIT PURSUANT TO LOCAL CRIMINAL RULE 49 AND STANDING ORDER 21-28

The United States hereby gives notice, pursuant to Local Criminal Rule 49 and Standing Order 21-28, of the following exhibit provided to the Court and counsel to be used by the government in the sentencing in this matter. The following video evidence has been made available to the Court electronically:

| Sentencing Exhibit Number | File Name | Source | Description |
|---|---|---|---|
| 1 | Exhibit 1.mp4 | U.S. Capitol Surveillance | 1 minute video, containing Image 3. U.S. Capitol surveillance video showing Farnsworth coordinating with other rioters to break open the door to office S-131. |

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:  */s/ Madison Mumma*
Madison Mumma
Trial Attorney (Detailee)
N.C. Bar No. 56546
601 D. St., NW
Washington, D.C. 20001
madison.mumma2@usdoj.gov
202-431-8603

1

2

## CERTIFICATE OF SERVICE

On this 30th day of August 2023, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/ *Madison Mumma*
Madison Mumma
Trial Attorney